**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Chalena MENDOZA, Defendant— Appellant.**

**No. 09–10017.**

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 14, 2009.*

Filed Oct. 6, 2009.

Karen S. Mcdonald, Assistant U.S., USPX–Office of the U.S. Attorney, Phoenix, AZ, for Plaintiff–Appellee.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Anne M. Williams, Esquire, Law Office of Anne M. Williams, Tempe, AZ, for Defendant–Appellant.

Before: SILVERMAN, RAWLINSON, and CLIFTON, Circuit Judges.

MEMORANDUM **

Chalena Mendoza appeals from the 21–month sentence imposed following her guilty-plea conviction for transportation of illegal aliens, in violation of 8 U.S.C. § 1324(a)(1)(A)(ii), (a)(1)(B)(i). We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Mendoza contends that the district court erred by enhancing her sentence pursuant to U.S.S.G. § 2L1.1(b)(6) because the facts did not support the enhancement. Mendoza also contends that the district court applied the wrong legal standard. These contentions lack merit. *See* U.S.S.G. § 2L1.1(b)(6), cmt. n. 5; *see also United States v. Miguel,* 368 F.3d 1150, 1155–56 (9th Cir.2004).

**AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.